3:19mj321 EMT

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Benjamin Murphy, being duly sworn, declares and states the following:

1. Your Affiant is a Special Agent ("SA") of the United States Drug Enforcement Administration ("DEA") within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. Your Affiant has been a SA for the DEA since October 1, 2007. Your Affiant has received sixteen weeks of training in drug investigations and related legal matters at the DEA Training Academy in Quantico, Virginia. Your Affiant has received courses of instruction from DEA about investigative techniques and the conducting of drug and financial investigations. Your Affiant has participated in numerous drug-related investigations that have resulted in the arrest, apprehension, and conviction of those involved in the distribution of controlled substances. Your Affiant is familiar with the common methods of packaging and transporting of illegal controlled substances to include, but not limited to, marijuana, cocaine, methamphetamine, heroin, fentanyl, pharmaceutical medications, and synthetic narcotics to include "Spice" and "Molly." Your Affiant is also familiar with current distribution methods, packaging, and transporting of money derived from illegal

1

narcotic sales. Your Affiant has prepared, participated in, and executed multiple search warrants for recovery of evidence involving the distribution of controlled substances.

3. The facts and information contained in this affidavit are based on my personal knowledge and observations, as well as upon information received in my official capacity from other individuals, including other federal, state and local law enforcement officers. This affidavit does not include all the information known to your Affiant as part of this investigation, but only information sufficient to establish probable cause for the arrest of Arthur Collins III, for violation of Title 21, United States Code, Sections 841(a), 841(b)(1)(A)(viii).

## FACTS OF THE INVESTIGATION

3. Law enforcement utilized a cooperating defendant (CD) to make a series of controlled buys of methamphetamine from Arthur Collins III on or about April 17, 2019, June 6, 2019, and July 25, 2019. In each instance, Collins sold approximately two (2) ounces of methamphetamine to the CD. Each controlled buy occurred within the Northern District of Florida.

4. On November 14, 2019, law enforcement officers executed a search warrant at Collins' residence, located at 5545 Brackin Street, Crestview, Florida, 32539. Collins was present when the residence was searched. During the search,

approximately one (1) pound of methamphetamine was seized from Collins' residence.

5. Based upon the aforementioned facts and my training and experience, your Affiant submits that there is probable cause to support that Arthur Collins III did possess with intent to distribute over 50 grams of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a), 841(b)(1)(A)(viii).

6. Your Affiant declares under penalty of perjury that the foregoing is true and correct.

_____
Benjamin Murphy, Special Agent
United States Drug Enforcement Administration

Sworn to and subscribed before me this  14th  day of November 2019.

_____
HONORABLE ELIZABETH M. TIMOTHY
Chief United States Magistrate Judge